■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN LEDDY, Appellant. [849 NYS2d 163]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Mullen, J.), rendered May 31, 2005, convicting him of leaving the scene of an incident without reporting, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of leaving the scene of an incident without reporting, in violation of Vehicle and Traffic Law § 600 (2), beyond a reasonable doubt (*see People v Toussaint,* 40 AD3d 1017 [2007]). Moreover, upon the exercise of our factual review power (*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633 [2006]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]).

The defendant's remaining contentions are without merit. Ritter, J.P., Miller, Dillon and Angiolillo, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROMAIN LEE, Appellant. [849 NYS2d 870]—Appeal by the defendant, as limited by his motion, from two sentences of the County Court, Orange County (DeRosa, J.), both imposed March 6, 2006, on the ground that the sentences are excessive.

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Crane, Fisher, Santucci and Carni, JJ., concur.